IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:09cr167-MHT |
| | ) | (WO) |
| COREY KENTAVIOUS McCULLOUGH | ) | |

## ORDER

Upon consideration of defendant Corey Kentavious McCullough's motion for a court order requiring FCI-Williamsburg's psychology department to enroll him in intensive drug treatment (doc. no. 172), it is ORDERED that the motion is denied. While the court did recommend to the Bureau of Prisons that defendant McCullough be placed at a facility where he could receive intensive drug treatment, *see* Judgment (doc. no. 100), the court does not have authority to require the Bureau to provide the treatment.

DONE, this the 6th day of June, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE